# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBLES-LOPEZ,<br><br>Defendant. | Criminal No. 22-CR-434-JLS<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING<br><br>Hearing Date: Apr. 22, 2022<br>Time: 1:30 p.m. |

GOOD CAUSE APPEARING,

The parties' joint motion to continue the motion hearing/trial setting is granted. The motion hearing/trial setting currently set for April 8, 2022 is vacated and shall be heard on April 22, 2022 at 1:30 p.m.

The Court finds the time between April 8 and April 22, 2022 is excluded under the Speedy Trial Act in the interests of justice for the reasons set forth in the motion.

IT IS SO ORDERED.

DATED: March 30, 2022

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge